**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: STEFANIE LIN MUHR, | : | No.: 5:16 – 03796 - JJT |
| | : | |
| Debtor. | : | CHAPTER 13 |

**MOTION TO SEAL**

AND NOW, comes John R. Caffese, Esq., asking to seal certain documents included in their answer for an Order to Show Cause for reasons stated below:

1. Certain information contained in documents involve medical knowledge of third persons.
2. Certain information contained in documents involve private and intimate details that may be involved in an ongoing criminal and or civil investigation, or potential insurance claims.
3. Certain information pertains to private details of public figures that may effect the ongoing estate probate process.
4. This Honorable Court and its necessary staff, along with the moving party, shall have access to the documents to be sealed.
5. The seal requested is to be permanent.
6. If sealed, the movant shall pick up any hard copies at the conclusion of this instant bankruptcy.

**WHEREFORE,** movant respectfully requests this Honorable Court to allow the filed documents to be admitted under seal in accordance with L.B.R. 9018-1.

February 7, 2020                                            /s/ John R. Caffese

                                                                   John R. Caffese, Esq.
                                                                   18 N. 8th Street
                                                                   Stroudsburg, PA 18360