# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: STEFANIE LIN MUHR, | : | No.: 5:16 – 03796 - RNO |
| | : | |
| Debtor. | : | CHAPTER 13 |

## ORDER

AND NOW, upon consideration of Movant's Motion to Seal filed to Docket No. 85, seeking to seal the documents filed to Docket No. 86, in an answer to an order to show cause, it is

ORDERED that Motion is GRANTED and the documents filed to Docket No. 86, will be sealed without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the documents, or any part thereof; and,

FURTHER ORDERED that the hearing on the Order to Show Cause will be held as originally scheduled on March 4, 2020, at 9:30 a.m.

Dated: February 10, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge  BI